UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS FITZPATRICK, *individually and on behalf of all others similarly situated, et al.*

                                         Plaintiffs,

-v-

BOSTON MARKET CORP.,

                                         Defendant.

21 Civ. 9618 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 2, 2022, plaintiffs filed a motion for class certification. Dkt. 27; *see also* Dkts. 28–32. On May 31, 2022, the Court extended defendant's deadline to oppose the motion to June 22, 2022. Dkt. 34. To this date, defendant has not filed that opposition. Defendant is hereby ordered, by August 12, 2022, to file its opposition, if any. Failure to timely file an opposition will be treated as non-opposition to plaintiffs' class certification motion. Defendant is further ordered, by August 12, 2022, to file a sworn declaration explaining its failure to meet a deadline that passed seven weeks ago.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: August 10, 2022
       New York, New York