November 22, 2004

Mr. Mike Orr
Director of HR Operations
Boston Market Corporation
14103 Denver West Parkway
Golden, Colorado  80401-4086

Dear Mr. Orr:

    This is in response to your recent correspondence on behalf of Boston Market Corporation, requesting authorization to pay its manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

    The New York State Department of Labor has carefully reviewed the material submitted and determined that Boston Market Corporation has satisfied all the conditions enumerated in the statute.  The firm has employed 1,000 or more persons in the State for the three years preceding its application, has furnished sufficient proof it has met and shall continue to meet its payroll responsibilities, and has furnished other information and proof in accordance with the conditions set forth under Section 191.1a(ii).

    Therefore, I hereby grant authorization for Boston Market Corporation to pay wages to its manual workers employed in New York State on a biweekly basis.

Sincerely,

*Linda Angello*

Linda Angello

bc:  C. Varcasia
     R. Cucolo