

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**GREGORY B. REILLY**
greilly@bsk.com
P: 646.253.2330
F: 646.253.2301

January 27, 2023

**VIA ELECTRONIC CASE FILING**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:    *Thomas Fitzpatrick and Arthur Caputo v. Boston Market Corporation*
                *Case No. 1:21-cv-9618*

Dear Judge Engelmayer:

    We represent Defendant, Boston Market Corporation ("BMC"), in the above referenced action. We write jointly with Plaintiffs Thomas Fitzpatrick and Arthur Caputo ("Plaintiffs") pursuant to Your Honor's November 1, 2022 Order requesting a joint letter with respect to the future course of this case.

    As of this moment, the Parties are discussing potential settlement. We respectfully request an additional three weeks to determine how the Parties will proceed on this matter.

    Thank you for your consideration.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

/s/
Gregory B. Reilly, Esq.

cc:    Josef Nussbaum, Esq. (via ECF)