UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS FITZPATRICK and ARTHUR J. CAPUTO, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>  v.<br><br>BOSTON MARKET CORP.,<br><br>          Defendant. | 21 CV 9618 (PAE) |

Pursuant to Federal Rule of Civil Procedure 41, the parties in the above matter hereby agree that this action shall be dismissed without costs or attorneys' fees to any party, with prejudice.

Dated: New York, New York
       May 3, 2023

**JOSEPH & KIRSCHENBAUM LLP**      **BOND, SCHOENECK & KING PLLC**

By: s/*Josef Nussbaum*      By: s/*Gregory B. Reilly*
D. Maimon Kirschenbaum      Gregory B. Reilly
Josef Nussbaum      Mallory A. Campbell
32 Broadway, Suite 601      600 Third Avenue 22nd floor
New York, NY 10004      New York, NY 10016-1915
(212) 688-5640      646.253.2339 Direct
(212) 688-2548 (fax)      646.253.2301 Fax