UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THOMAS FITZPATRICK and ARTHUR J. CAPUTO, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

BOSTON MARKET CORP.,

        Defendant.

21 CV 9618 (PAE)

---

Pursuant to Federal Rule of Civil Procedure 41, the parties in the above matter hereby agree that this action shall be dismissed without costs or attorneys' fees to any party, with prejudice.

Dated: New York, New York
       May 4, 2023

**JOSEPH & KIRSCHENBAUM LLP**

By: _____
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 688-2548 (fax)

**BOND, SCHOENECK & KING PLLC**

By: _____
Gregory B. Reilly
Mallory A. Campbell
600 Third Avenue 22nd floor
New York, NY 10016-1915
646.253.2339 Direct
646.253.2301 Fax